**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

STEVEN RODRIGUEZ ACETUNO,

Petitioner,

v. No. 1:26-cv-01247-MLG-JFR

TODD BLANCHE, Attorney General,
U.S. Department of Justice; et al.,

Respondents.

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING PETITIONER'S IMMEDIATE RELEASE**

This matter is before the Court on Petitioner Steven Rodriguez Acetuno's Verified Petition for Writ of Habeas Corpus, Doc. 1. The Court, having considered the Petition, having held a hearing on October 23, 2026, and being otherwise fully informed, finds that it is well-taken and should be granted.

For the reasons stated on the record during the hearing, and incorporating the holdings and reasoning provided in *Santillan Quiroz v. Mullin*, 180 F.4th 1226 (10th Cir. 2026) and *Cortez-Gonzalez v. Noem*, 811 F. Supp. 3d 1287 (D.N.M. 2025), the Court grants the Petition.

Rodriguez Acetuno shall be released within forty-eight hours of the entry of this Order. He shall be released with all identification documentation that he possessed on his person when detained by Respondents along with a copy of this Order.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA